UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY COUR II,

       Plaintiff,

  v.

LIFE360, INC.,

       Defendant.

Case No. 16-cv-00805-TEH

**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING**

Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated:   05/11/16

_____
THELTON E. HENDERSON
United States District Judge