UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY COUR II,

    Plaintiff,

v.

LIFE360, INC.,

    Defendant.

Case No. 16-cv-00805-TEH

**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**

On May 2, 2016, Defendant Life360, Inc. filed a motion to file under seal portions of its now withdrawn motion for attorneys' fees and costs and related declarations. In its motion, Life360 stated that it did not believe any information in these filings was sealable but that Plaintiff Terry Cour II had taken the position that certain information was confidential. Cour failed to file the declaration, required by Civil Local Rule 79-5(e)(1), establishing that the designated material is sealable, and the time to do so has now passed. Accordingly, the motion to file under seal is DENIED, and Life360 "may file the [unredacted] document[s] in the public record "no earlier than 4 days, and no later than 10 days" after the date of this order. Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: 05/11/16

_____
THELTON E. HENDERSON
United States District Judge