IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY COUR II,

        Plaintiff,

  v.

LIFE360, INC.,

        Defendant.

No. CV-16-0805 TEH

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Life360's motion to dismiss the first amended complaint is GRANTED. Dismissal is with prejudice.

Dated: July 29, 2016

Susan Y. Soong, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk